# Third District Court of Appeal

## State of Florida

Opinion filed April 6, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1347
Lower Tribunal No. 13-332 CC
_____

**United Automobile Insurance Company,**
Appellant,

vs.

**Central Therapy Center, Inc.,
a/a/o Yaima Ramirez Alburquerque,**
Appellee.


An Appeal from the County Court for Miami-Dade County, Lawrence D. King, Judge.

Michael J. Neimand, for appellant.

David B. Pakula, P.A., and David B. Pakula (Pembroke Pines); Corredor & Husseini, P.A., and Maria E. Corredor, for appellee.


Before EMAS, SCALES and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Doral Health Ctr., P.A. v. State Farm Mut. Auto. Ins. Co.</u>, 324 So. 3d 996, 998 (Fla. 3d DCA 2021) (affirming due to lack of preservation where appellant presented only deposition transcripts in opposition to summary judgment motions and did not otherwise provide sufficient record to discern whether arguments made on appeal were presented to trial court).